Willie B. AYALA, Appellant,

v.

**SITE OIL COMPANY OF MISSOURI d/b/a Convenient Food Mart and Division of Employment Security, Respondents.**

**No. ED 75760.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Sept. 14, 1999.

Rehearing Denied Dec. 1, 1999.

Willie B. Ayala, St. Louis, pro se.

Site Oil Company of Missouri d/b/a c/o The Frick Company, Convenient Food Mart, St. Louis, pro se.

Larry R. Ruhmann, St. Louis, for respondents.

Before RICHARD B. TEITELMAN, P.J., CLIFFORD H. AHRENS, and LAWRENCE E. MOONEY, JJ.

**ORDER**

PER CURIAM.

Willie Ayala (Claimant) appeals from the judgment of the Labor and Industrial Relations Commission (Commission) denying her unemployment benefits pursuant to section 288.050, RSMo Cum.Supp.1998.

We deny the motion of the Division of Employment Security to strike Claimant's brief. We have reviewed the briefs of the parties and the record on appeal and conclude the Commission's award is supported by competent and substantial evidence and

further, is not against the overwhelming weight of the evidence. *Davis v. Research Medical Center,* 903 S.W.2d 557, 565 (Mo. App. W.D.1995). An extended opinion would have no precedential value. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).